**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:24−cr−00605
Honorable Edmond E. Chang

Kunshan Guoli Electronic Technology Co., LTD., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2025:

MINUTE entry before the Honorable Edmond E. Chang as to Kunshan Guoli Electronic Technology Co., LTD., Kunshan Yiyuan Medical Technology Co., Ltd., Xiaoqin Du, Chih−Yee Jen, Fince Tendian, and Vladimir Nevtonenko: (1.) On review of the status report, R. 51, the volume of discovery records is around 183,000 documents. The discovery database for a PDF production will be ready around 05/16/2025. As requested, the pretrial motions deadline is extended from 05/30/2025 to 07/15/2025. The tracking status hearing of 04/11/2025 is reset to 06/06/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file a joint status report by 05/30/2025. Under 18 U.S.C. 3161(h)(7)(A), (B), time is excluded under the Speedy Trial Act from 04/11/2025 through 06/06/2025. The Court finds that the ends of justice that are served by the continuance outweigh the public's and the Defendant's interests in a speedy trial, in the interests of justice for discovery production and review of discovery. (2.) On review of the ex parte status report, R. 50, as to the two corporate Defendants and Defendant Xiaoqin Du, the government shall file another status report on 05/30/2025, ex parte and under seal if needed. In the meantime, the case against the already−appearing Defendants shall continue to move forward. The tracking status hearing of 06/06/2025 is applicable to the two corporate Defendants and Defendant Du as well. As to those Defendants, the Speedy Trial Act clock has not started because they have not had their initial appearances. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.